NH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Masoud Negahbankarjan,
Petitioner,
v.
Eric Rokosky,
Respondent.

No. CV-26-03000-PHX-SMB (MTM)

**ORDER**

On April 30, 2026, self-represented Petitioner Masoud Negahbankarjan, who is confined in the Eloy Detention Center, filed a Petition under 28 U.S.C. § 2241 challenging his immigration detention and paid the filing fee. In a May 6, 2026 Order, the Court dismissed the Petition and this case.

On May 18, 2026, Petitioner filed a Motion to Response to DHS (Doc. 6) alleging that his removal order became final on January 15, 2026, and requesting that Respondents be ordered to show cause why the Petition should not be granted.[1] Because this matter is closed, the Court will deny the Motion to Response to DHS.

. . . .

. . . .

. . . .

. . . .

[1] Since filing this Motion, Petitioner also filed, with the assistance of counsel, a new Petition that remains pending. *See Negahbankarjan v. Rokosky*, CV-26-04600-PHX-SMB

**IT IS ORDERED:**

(1) The Motion to Response to DHS (Doc. 6) is **denied**.

(2) This case must remain **closed**.

Dated this 22nd day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge